SUPREME JUDICIAL COURT 
 
 MELITA PICCIOTTO & others[1] vs. A. CLARISSA WRIGHT, CHAIR OF BOARD OF BAR OVERSEERS, & others[2]

 
 Docket:
 SJC-13644
 
 
 Dates:
 February 26, 2025
 
 
 Present:
 
 
 
 County:
 
 

 
 Keywords:
 Practice, Civil, Action in nature of certiorari, Dismissal, Standing. Board of Bar Overseers. Attorney at Law, Disciplinary proceeding
 
 

             The petitioners, Melita Picciotto, Athena Picciotto, and Judith Picciotto, petitioned a single justice of this court for relief in the nature of certiorari pursuant to G. L. c. 249, § 4.  Specifically, they asked the single justice to order the Board of Bar Overseers to initiate disciplinary proceedings against three named attorneys.  The respondents moved to dismiss the petition, and the single justice allowed the motion, dismissing the petition without a hearing.  The petitioners now appeal.
            "[T]here is no private right to commence a court action to seek disciplinary action against an attorney."  Gorbatova v. Semuels, 462 Mass. 1012, 1012 (2012).  See Matter of a Request for an Investigation of Attorneys, 460 Mass. 1025, 1026 (2011).  This remains true where, as here, the petition is brought as a request for relief in the nature of certiorari seeking to compel disciplinary proceedings.  See Callahan v. Board of Bar Overseers, 417 Mass. 516, 518-519 (1994).  Consequently, the petitioners lacked standing, and the single justice did not err or abuse his discretion in dismissing their petition.[3]  See Gorbatova, supra at 1012-1013; Slotnick v. Pike, 374 Mass. 822, 822-823 (1977).
            Judgment affirmed.
            The case was submitted on briefs.
            Melita Picciotto, Athena Picciotto, & Judith Picciotto, pro se.
            Joseph S. Berman & Merle R. Hass for Board of Bar Overseers.
 
footnotes

 
            [1] Athena Picciotto and Judith Picciotto.
            [2] R. Michael Cassidy, vice chair of Board of Bar Overseers; Rodney S. Dowell, executive director of Board of Bar Overseers; Rita Balian Allen, Jesse M. Boodoo, Elizabeth O. da Silva, Ashley E. Hayes, Frank E. Hill, III, Dr. David B. Krieger, Ernest L. Sarason, Jr., Richard C. Van Nostrand, and Azizah P. Yasin, as the members of the Board of Bar Overseers.
            [3] The respondents' motion to dismiss, filed in this matter, is denied as moot.  We decline to award attorney's fees as requested by the respondents.